JANSEN, LATE SHERIFF, &c. *against* STOUTENBERGH AND TELLER.

IN ERROR, on *certiorari*, from a justice's court. *Stouten-* *bergh* and *Teller* brought an action of *debt* against *Jansen*, late sheriff of *Ulster*, before the justice, for the escape of one *Smith*, who was a prisoner on execution, in his custody, at the suit of the plaintiffs, for 15 dollars and 84 cents.

*An action of debt for an escape against a sheriff, is cognisable in a justice's court.*

The plaintiffs proved, by a constable, that he delivered *Smith*, with the execution, into the hands of the defendant; and the defendant confessed that *Smith* was out of the gaol limits. The defendant moved for a nonsuit, on the ground that the names of the plaintiffs were written *Tobias L. Stoutenbergh* and *Teller*, and contended that there was a variance between the names, and those in the execution, but did not produce the execution, though the justice called on him for it.

The justice refused the nonsuit, and gave judgment for the plaintiffs.

It was objected, by the plaintiff in error, that the justice had no jurisdiction of an action of debt against a *sheriff* for an *escape*.

*Per Curiam.* The judgment must be affirmed. The objection of want of jurisdiction in the justice, is untenable. The action falls within the denomination of actions cognisable in justices' courts. There is nothing special in the proceedings, or judgment to be given, which can take away the jurisdiction. The magistrate is competent to afford the sheriff all the relief to which he would be entitled in any other court, relative to staying proceedings against him. And there can be no reason why jurisdiction should be denied. The motion for a nonsuit was properly overruled. There was no variance between the plaintiffs' names in this suit, and the one against *Smith*. No objection having been made to any of the testimony, at the trial, it is now too late to hear any.

Judgment affirmed.